■ JEAN ALLEN, Appellant, v CITY OF NEW YORK, Respondent, et al., Defendants. [931 NYS2d 853]—

Plaintiff's decedent, an employee of a traveling carnival, was injured while preparing an amusement ride for use at a carnival on City-owned property. Contrary to plaintiff's contention, the decedent was not engaged in the erection of a structure as contemplated by Labor Law § 240 (1). He was installing scenery panels as a backdrop to the ride, which came prebuilt (*see Hodges v Boland's Excavating & Topsoil, Inc.*, 24 AD3d 1089, 1091-1092 [2005], *lv denied* 6 NY3d 710 [2006]; *Munoz v DJZ Realty, LLC*, 5 NY3d 747 [2005]; *Adair v Bestek Light. & Staging Corp.*, 298 AD2d 153 [2002]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Tom, Sweeny and Renwick, JJ.